IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JOHN MCBRIDE, | No. C 16-5238 WHA (PR) |
| Petitioner, | **ORDER OF TRANSFER** |
| v. | |
| JOE A. LIZARRAGA, | |
| Respondent. | |

Petitioner is a state prisoner currently incarcerated at Mule Creek State Prison, in Ione, California. He has filed a petition for a writ of habeas corpus under 28 U.S.C. 2254 challenging a sentence obtained in San Bernardino County Superior Court.

A petition for a writ of habeas corpus made by a person in custody under the judgment and sentence of a state court of a state which contains two or more federal judicial districts may be filed in either the district of confinement or the district of conviction. *See* 28 U.S.C. § 2241(d). Each of such districts shall have concurrent jurisdiction to entertain the petition; however, the district court for the district where the petition is filed may transfer the petition to the other district in the furtherance of justice. *See id.* Federal courts in California traditionally have chosen to hear petitions challenging a conviction or sentence in the district of conviction. *See Dannenberg v. Ingle*, 831 F. Supp. 767, 768 (N.D. Cal. 1993); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968).

Petitioner challenges his conviction and sentence from San Bernardino County, which lies within the venue of the Central District of California. 28 U.S.C. 84(c)(1). Accordingly, in

the interest of justice, and pursuant to 28 U.S.C. § 1406(a), that this action be **TRANSFERRED** to the United States District Court for the Central District of California.  The application to proceed in forma pauperis (dkt. 5) is deferred to the Central District in light of this transfer.

The clerk shall transfer this matter forthwith.

**IT IS SO ORDERED.**

Dated: November  29 , 2016.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2